IN THE

TENTH COURT OF APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-07-00038-CV

 

In re
Jaynes, Reitmeier, Boyd & Therrell, P.C.

and
Les E. Hanks

 

 



Original Proceeding

 



ORDER










 

          On March 6, 2007, Relators’ Motion for
In Camera Review of Documents was granted.  The trial court was ordered to
deliver the documents, numbered 4, 6, and 7, under seal to this
Court within 14 days from the date of the letter order.  The documents were not
delivered.

          Again, the trial court is ordered to
deliver documents numbered 4, 6, and 7, under seal to this Court
within 14 days from the date of this Order.

 

                                                          PER
CURIAM

Before
Chief Justice Gray,

          Justice
Vance, and

          Justice
Reyna

Order
issued and filed April 25, 2007

Do
not publish